UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>DMCA SUBPOENA TO<br>AMAZON.COM, INC. and AMAZON<br>WEB SERVICES, INC. | ) Civ. Action No. 20-mc-364<br>)<br>)<br>) ORDER<br>)<br>)<br>) |

This matter comes before the Court upon the *ex parte* application of movant E. Mishan & Sons, Inc. ("Emson") along with the Declaration of Bradley Corsello and supporting documents for the signing of a Subpoena directing AMAZON.COM, INC. and AMAZON WEB SERVICES, INC. to produce the identity of entities believed to be infringing on the copyrights of Emson.

Having considered the Declaration and all documents submitted in support of the instant application the Court finds good reason to issue and order directing the clerk to issue said subpoena and therefore:

The Clerk of Court is respectfully direct to issue the Subpoena for AMAZON.COM, INC. and AMAZON WEB SERVICES, INC. as sought by the movant.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

December 7, 2020